FILED

01/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0577

IN THE MATTER OF:

W.T.,

A Youth in Need of Care.

**GRANT OF EXTENSION OF TIME**

Appellant Mother, through counsel, seeks a 45-day extension of time to file her opening brief on appeal. Counsel represents that the State does not object to an extension of 30 days. Upon consideration of the motion and counsel's affidavit, the Court finds good cause for the requested extension.

IT IS THEREFORE ORDERED that the Appellant is granted an extension of time until March 14, 2022, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 6 2022

Grant of Extension of Time

Page 1